IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CIARA BOOTHE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:18-cv-00702 |
| | ) | |
| THE BEST TURN, INC., et al, | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

## ORDER

The Court having been advised that this action has been settled, the action is dismissed without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if the settlement is not consummated. Within this thirty day period, the parties may submit a proposed agreed order of compromise and dismissal.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR
UNITED STATES DISTRICT JUDGE